**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason R. Shumaker** | Social Security number or ITIN  **xxx−xx−2275** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jessica L. Shumaker** | Social Security number or ITIN  **xxx−xx−6216** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18−21532−TPA**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason R. Shumaker

Jessica L. Shumaker
fka Jessica L. Puet

8/8/18

**By the court:**  Thomas P. Agresti
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-21532-TPA
Jason R. Shumaker                                                   Chapter 7
Jessica L. Shumaker
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: Aug 08, 2018
                              Form ID: 318             Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
```
db/jdb         +Jason R. Shumaker,    Jessica L. Shumaker,    1736 Alcoa Drive,    Arnold, PA 15068-4055
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14815660       +AES,   PO Box 2461,    Harrisburg, PA 17105-2461
14815667        AV Medical  Imaging Inc.,    7 Acee Drive,    Natrona Heights, PA 15065-9700
14815661       +Allegheny  Valley Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14815662       +Allegheny Health Services Employees,    Federal Credit Union,    320 E. North Avenue,
                 Pittsburgh, PA 15212-4756
14815665       +Arnold,   c/o PAMS,    336 Delaware Avenue,    Dept. U,    Oakmont, PA 15139-2138
14815669       +Blackburns,    301 Corbet Street,    Tarentum, PA 15084-1877
14815668      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Best Buy,    PO Box 78009,    Phoenix, AZ 85062-8009)
14815671        Captial One,    P.O. Box 71803,    Charlotte, NC 28272-1083
14815673       +Collection Service Center, Inc.,    PO Box 560,    New Kensington, PA 15068-0560
14815674       +Credit Management-UPMC Physician Service,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14815678       +Erie Insurance Exchange,    PO Box 361625,    Columbus, OH 43236-1625
14815679       +Frederick J. Moffit, DMD LLC,    848 Pittsburgh St.,    Springdale, PA 15144-1640
14815681       +HUD,   451 Seventh Street SW,    Washington, DC 20410-0002
14815680       +Hometown Oxygen Pittsburgh LLC,    35 Sarhelm Road,    Harrisburg, PA 17112-3339
14815685        MOHELA,    PO Box 105347,    Atlanta, GA 30348-5347
14815687        North Pittsburgh Pain Physicians,    111 Stow Avenue,    Suite 200,
                 Cuyahoga Falls, OH 44221-2560
14815688        One Main Financial,    161 Hillcrest Shopping Center,    Lower Burrell, PA 15068
14815689        PennyMac,    P.O. Box 514387,    Los Angeles, CA 90051-4387
14815690        Peoples,    PO Box 644760,    Pittsburgh, PA 15264-4760
14815691       +State Colleciton Service,    PO Box 6250,    Madison, WI 53716-0250
14815696       +UPMC,   PO Box 371472,    Pittsburgh, PA 15250-7472
14815697       +Verizon,    PO Box 1259,    Dept. 93305,    Oaks, PA 19456-1259
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2018 02:07:03      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14815659       +E-mail/Text: bankruptcynotices@fifsg.com Aug 09 2018 02:06:28
                 1st Investors Servicing Coprporation,    380 Interstate N. Parkway,    Suite 300,
                 Atlanta, GA 30339-2222
14815664       +EDI: RMCB.COM Aug 09 2018 05:43:00      AMCA Collection Agency,    4 West Chester Plaza,
                 Building 4,    Elmsford, NY 10523-1615
14815663       +EDI: RMSC.COM Aug 09 2018 05:43:00      Amazon,    PO Box 960013,    Orlando, FL 32896-0013
14815666       +E-mail/Text: asi@auditsystemsinc.net Aug 09 2018 02:08:38      Audit Systems Incorporated,
                 3696 Ulmerton Rd.,    Suite 200,    Clearwater, FL 33762-4237
14815670        EDI: CAPITALONE.COM Aug 09 2018 05:43:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
14815672        EDI: RMSC.COM Aug 09 2018 05:43:00      Care Credit,    c/o Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14815675       +E-mail/Text: abovay@creditmanagementcompany.com Aug 09 2018 02:07:49      Credit Managment Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
14815676        EDI: RCSFNBMARIN.COM Aug 09 2018 05:43:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
14815677        EDI: DISCOVER.COM Aug 09 2018 05:43:00      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
14815682        EDI: IRS.COM Aug 09 2018 05:43:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14815683       +EDI: RMSC.COM Aug 09 2018 05:43:00      JC Penny,    PO Box 960090,    Orlando, FL 32896-0090
14815684        EDI: RMSC.COM Aug 09 2018 05:43:00      Midas Synchrony Car Care,    PO Box 960061,
                 Orlando, FL 32896-0061
14815686       +EDI: WFNNB.COM Aug 09 2018 05:43:00      New York and Company,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
14816979       +EDI: PRA.COM Aug 09 2018 05:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14815692        EDI: WTRRNBANK.COM Aug 09 2018 05:43:00      Target,    P.O. Box 660170,    Dallas, TX 75266-0170
14815694        EDI: WFNNB.COM Aug 09 2018 05:43:00      The Children’s Place,    PO Box 659820,
                 San Antonio, TX 78265-9120
14815695       +EDI: RMSC.COM Aug 09 2018 05:43:00      Toys R Us,    PO Box 530938,    Atlanta, GA 30353-0938
14815698        EDI: RMSC.COM Aug 09 2018 05:43:00      Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
14815699        E-mail/Text: bankruptcy@firstenergycorp.com Aug 09 2018 02:07:25      West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 20
```

```
District/off: 0315-2          User: admin              Page 2 of 2                Date Rcvd: Aug 08, 2018
                              Form ID: 318             Total Noticed: 44

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pennymac Loan Services, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14815693*       Target,   P.O. Box 660170,   Dallas, TX 75266-0170
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt     on behalf of Creditor   Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Jessica L. Shumaker julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Jason R. Shumaker julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 6
```